IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| | Case No. _____ |
| v. | |
| | Violations:  18 U.S.C. §§ 113(a)(3), 113(a)(7), 117(a)(1), and 1153; and |
| BRUTUS ISAIAH CLAYMORE | N.D.C.C. §§ 14-09-22.1 and 12.1-32-01 |

COUNT ONE

**Assault With a Dangerous Weapon**

The Grand Jury Charges:

On or about October 22, 2021, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

BRUTUS ISAIAH CLAYMORE

an Indian, did assault his girlfriend, Jane Doe, with a dangerous weapon, namely, his teeth, with intent to do bodily harm;

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

<u>COUNT TWO</u>

**Assault Resulting in Substantial Bodily Injury to Intimate Partner**

The Grand Jury Further Charges:

On or about October 22, 2021, in the District of North Dakota, in Indian country,

and within the exclusive jurisdiction of the United States,

BRUTUS ISAIAH CLAYMORE,

an Indian, did commit an assault upon his girlfriend and intimate partner, Jane

Doe, resulting in substantial bodily injury to Jane Doe;

In violation of Title 18, United States Code, Sections 113(a)(7) and 1153.

<u>COUNT THREE</u>

**Domestic Assault by a Habitual Offender**

The Grand Jury Further Charges:

On or about April 27, 2023, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

BRUTUS ISAIAH CLAYMORE

did commit a domestic assault upon Jane Doe, his girlfriend and intimate partner, causing bodily injury, and at that time BRUTUS ISAIAH CLAYMORE had a final conviction on at least (2) separate prior occasions in federal, state, and tribal court proceedings for the following offenses that would be, if subject to Federal jurisdiction, any assault, sexual abuse, and serious violent felony against a spouse and intimate partner:

1.    Domestic Abuse, Standing Rock Sioux Tribal Court, Fort Yates, North Dakota, Case Number CR-13-44677, conviction entered on or about August 21, 2013; and

2.    Domestic Violence, Standing Rock Sioux Tribal Court, Fort Yates, North Dakota, Case Number CR-21182892, conviction entered on or about October 6, 2021.

In violation of Title 18, United States Code, Section 117(a)(1).

COUNT FOUR

**Child Neglect in Indian Country**

The Grand Jury Further Charges:

Or about April 27, 2023, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

BRUTUS ISAIAH CLAYMORE,

an Indian, was the parent, guardian, custodian, and adult family and household member of Minor Victim 1, a seven-month-old child, and he willfully failed to provide proper parental care and control as required by law, and other care and control necessary for the child's physical, mental, and emotional health by striking and punching Jane Doe while she held and shielded Minor Victim 1 in her arms from the defendant's assault.

In violation of Title 18, United States Code, Section 1153, and North Dakota Century Code, Sections 14-09-22.1 and 12.1-32-01.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

BSR/tmg