IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRUTUS ISAIAH CLAYMORE

Defendant.

Case No. 24-cr-028

**APPLICATION FOR WRIT
OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a ***Writ of Habeas Corpus*** Ad Prosequendum.

Name of detainee:   Brutus Isaiah Claymore
Detained at (custodian) Fort Yates Detention Center, Fort Yates, ND
Detainee is charged in this District by Indictment.
Detainee will be retained in federal custody until final disposition of federal charges.

Appearance is necessary at the Federal Courthouse in Bismarck, North Dakota, on March 29, 2024, at 10:00 AM, Courtroom 2, for the purpose of initial appearance and arraignment.

| | |
|---|---|
| Attorney Signature: | /s/  Brandi Sasse Russell |
| Printed Name and Telephone Number: | BRANDI SASSE RUSSELL, 701-530-2420 |
| Dated: 3/7/2024 | Attorney of Record for the United States |

### *WRIT OF HABEAS CORPUS  AD PROSEQUENDUM*

The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

Dated: March7, 2024          */s/ Clare R. Hochhalter*
                                          Magistrate Judge Clare R. Hochhalter
                                          United States District Court

☐    Upon order of the Court, the named detainee has been returned to the original custodian pending further proceedings as ordered by this Court.

### RETURN OF SERVICE

_____ By: _____ _____
Date Executed          Printed Name                    Signature